NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5103

RICHMOND AMERICAN HOMES OF COLORADO, INC.,
METROPOLITAN DEVELOPMENT IV, LLC,
METROPOLITAN BUILDERS, INC.,
STANDARD PACIFIC OF COLORADO, INC.,
and TOUCHSTONE HOMES, LLC,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 05-CV-280, Judge Lawrence M. Baskir.

ON MOTION

O R D E R

The United States moves to voluntarily dismiss its appeal due to settlement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

MAY - 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Hubert A. Farbes, Jr., Esq.
        Leslie Cayer Ohta, Esq.
s17

ISSUED AS A MANDATE:  MAY - 8 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 8 2009

JAN HORBALY
CLERK